```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                           ATHENS DIVISION

B.A.,                               :
                                    :
        Plaintiff,                  :
                                    :
v.                                  :   CASE NO. 3:22-CV-3-CDL-MSH
                                    :
COMMISSIONER OF SOCIAL              :
SECURITY,                           :
                                    :
        Defendant.                  :
_____:
```

## ORDER

Pursuant to this Court's authority under sentence four of 42 U.S.C. § 405(g), and in light of the government's request, with Plaintif's consent, this Court remands this action for further administrative proceedings.  On remand, the Administrative Law Judge will obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base.  The hypothetical questions should reflect the specific capacity/limitations established by the record as a whole.  The Administrative Law Judge will ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy.  Further, before relying on the vocational expert evidence the Administrative Law Judge will identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles and its companion publication,

the Selected Characteristics of Occupations.  The Administrative Law Judge will also offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.  *See Shalala v. Schafer*, 506 U.S. 292 (1993); *see also Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 2nd day of June, 2022.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE